IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | § § § | |
| v. | § | CASE NO. 4:14-cv-00206 |
| JOYCE GRAY, individually, and as Executrix of the ESTATE OF J.L. GRAY, | § § § § | |
|     Defendants, and | § § | |
| JP MORGAN CHASE BANK NA, NORTHERN INSURANCE COMPANY OF NEW YORK and MARYLAND CASUALTY COMPANY, IPFS CORPORATION dba IMPERIAL CREDIT CORPORATION, TEXAS WORKFORCE COMMISSION, | § § § § § § § | |
|     Defendants (who may claim an interest in the realty sought to be foreclosed). | § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the United States of America's Motion for Default Judgment (Dkt. 30) be GRANTED and that the Final Default Judgment attached to Plaintiff's motion, *see* Dkt. 30-2, be entered for Plaintiff.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, the United States of America's Motion for Default Judgment (Dkt. 30) is GRANTED and a final default judgment shall be entered for Plaintiff.

**IT IS SO ORDERED.**

**SIGNED this the 31st day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE